[Docket No. 10]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | | |
|---|---|---|
| CATHERINE M. MELFI, *on behalf of herself and all others similarly situated*, | : : : : | Civil Action No. 07-828(RMB) |
| Plaintiff, | : : | |
| v. | : : | **ORDER** |
| THE COCA-COLA COMPANY, NESTLE USA, INC., and BEVERAGE PARTNERS WORLDWIDE, N.A., | : : : : | |
| Defendants. | : | |

THIS MATTER having come before the Court upon Defendants' motion to dismiss Counts II and III of Plaintiff's Complaint; and the Court having reviewed the moving papers and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that Defendants' motion is **GRANTED**.

Dated: October 25, 2007          **s/Renée Marie Bumb**
                                 RENÉE MARIE BUMB
                                 UNITED STATES DISTRICT JUDGE